

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-15-00009-CR

Fausto Abel **FRIAS**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 437th Judicial District Court, Bexar County, Texas
Trial Court No. 2014CR3796
Honorable Lori I. Valenzuela, Judge Presiding

BEFORE JUSTICE BARNARD, JUSTICE MARTINEZ, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, this appeal is DISMISSED.

SIGNED March 4, 2015.

_____
Marialyn Barnard, Justice